THE HONORABLE RICARDO S. MARTINEZ

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  EAST OF CASCADES, INC., a Washington
   State Corporation, d/b/a J and Y Investment,
   LLC, a Delaware Limited Liability Company;
10 JIN H. LEE and TAE IN LEE-SONG,
   husband and wife, and the marital community
11 comprised thereof; YONG C. KANG and
   KEUM S. KANG, husband and wife, and the
12 marital community comprised thereof,

13                      Plaintiffs,

14

15         v.

16 FEDERAL DEPOSIT INSURANCE
   CORPORATION,

17
                       Defendant.
18

NO.:   C09-1516

DECLARATION OF SERVICE OF:

SUMMONS IN A CIVIL ACTION AND
COMPLAINT FOR WRONGFUL
DISSALLOWANCE OF CLAIMS;
COVER SHEET

19 Declaration:

20     The undersigned hereby declares: That she is now and at all times herein mentioned, a

21 citizen of the United States and a resident of the State of Washington, over the age of eighteen,

22 not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action,

23 and is competent to be a witness therein.

24

25

DECLARATION OF SERVICE - 1

LAW OFFICES
LESLIE CLAY TERRY, III
A PROFESSIONAL SERVICE CORPORATION
8420 DAYTON AVENUE NORTH
SEATTLE, WA 98103
♦
(206) 547-1000
FAX (206) 297-5990

1    On October 27, 2009, at 12:20 p.m., the declarant duly served Summons in a Civil

2    Action; Complaint for Wrongful Disallowance of Claims; and Cover Sheet, on Margret Leslie,

3    Field Supervisor and Registered Agent of the Federal Deposit Insurance Corporation, 1000

4    Dexter Avenue North, No. 500, Seattle, King County, Washington, by then and there personally

5    delivering one (1) true and correct copy of the above documents into the hands of and leaving the

6    same with Curtis R. Cox, an authorized employee in the offices of Margret Leslie.

7

8    No information was provided that indicates that the subjects served are members of the

9    U.S. Military.

10

11    I hereby declare under penalty of perjury under the laws of the State of Washington and

12    the United States that the forgoing is true and correct.

13

14    DATED this 28th day of October 2009.

15

16                                                Esther Oh

17                                             Legal Assistant
                                     Law Offices of Leslie Clay Terry, III
18                                        8420 Dayton Avenue North
                                             Seattle, WA 98103
19                                             (206) 547-1000

20

21

22

23

24

25

DECLARATION OF SERVICE - 2

LAW OFFICES
LESLIE CLAY TERRY, III
A PROFESSIONAL SERVICE CORPORATION
8420 DAYTON AVENUE NORTH
SEATTLE, WA 98103
♦
(206) 547-1000
FAX (206) 297-5990