THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EAST OF CASCADES, INC., a Washington State Corporation, d/b/a J and Y Investment, LLC, a Delaware Limited Liability Company; JIN H. LEE and TAE IN LEE-SONG, husband and wife, and the marital community comprised thereof; YONG C. KANG and KEUM S. KANG, husband and wife, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Defendant. | NO.: C09-1516<br><br>DECLARATION OF SERVICE OF:<br><br>SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR WRONGFUL DISSALLOWANCE OF CLAIMS; COVER SHEET |

Declaration:

The undersigned hereby declares: That I am now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington. I am the attorney of record for East of Cascades, Inc., and is competent to be a witness therein.

I retained the services of Mike Barker, who is a citizen of the United States, over the age of 18, and the owner of The Process Server, 5901 Warner Avenue, Suite 22, Huntington Beach,

DECLARATION OF SERVICE - 1

LAW OFFICES
LESLIE CLAY TERRY, III
A PROFESSIONAL SERVICE CORPORATION
8420 DAYTON AVENUE NORTH
SEATTLE, WA 98103
♦
(206) 547-1000
FAX (206) 297-5990

1  California 92649, for the specific purpose of making personal service upon Defendant FDIC at
2  its offices at 40 Pacifica, Suite 1000, Irvine, California 92618.
3      Mr. Barker duly served Summons in a Civil Action; Complaint for Wrongful
4  Disallowance of Claims; and Cover Sheet on Sam L. Williams, Paralegal Specialist, Legal
5  Division, Federal Deposit Insurance Corporation as Receiver of Westsound Bank, on November
6  10, 2009, at 2:25 p.m.
7      Attached hereto is an original and notarized Proof of Service, signed by Mr. Barker in
8  Orange County, California, and specifically reiterating that Mr. Barker was over the age of 18,
9  not a party to this action, and that he served the summons, complaints and coversheet on
10 Defendant FDIC, through Sam L. Williams, 40 Pacifica, Suite 1000, Irvine, CA 92618, on
11 November 10, 2009, at 2:25 p.m.
12     No information was provided that indicates that the subjects served are members of the
13 U.S. Military.
14     I hereby declare under penalty of perjury under the laws of the State of Washington and
15 the United States that the forgoing is true and correct.

17     DATED this 23rd day of November, 2009.

                                                     Leslie Clay Terry, III
                                                     Attorney at Law
                                 Law Offices of Leslie Clay Terry, III
                                        8420 Dayton Avenue North
                                              Seattle, WA 98103
                                                 (206) 547-1000

DECLARATION OF SERVICE - 2

LAW OFFICES
LESLIE CLAY TERRY, III
A PROFESSIONAL SERVICE CORPORATION
8420 DAYTON AVENUE NORTH
SEATTLE, WA 98103
♦
(206) 547-1000
FAX (206) 297-5990

| Attorney or Party without Attorney:<br>Leslie Clay Terry, III<br>Law Offices of Leslie Clay Terry, III<br>8420 Dayton Avenue North<br>Seattle, WA 98103 | For Court Use Only |
|---|---|
| Phone Number: 206.547.1000 | |
| Attorney For: Plaintiff    File No.: . | |
| Insert name of Court, Judicial District and Branch Court:<br>United States District Court for the Western District of Washington | |
| Plaintiff: East of Cascades, Inc.<br>Defendant: Federal Deposit Insurance Corporation | |

| Proof of Service | Hearing Date: | Time: | Dept/Div. | Case Number:<br>C09-1516 |
|---|---|---|---|---|

(Separate proof of service is required for each party served.)

1. **At the time of service, I was at least 18 years of Age and not party to this action.**
2. **I served copies of the:**
   Summons in a civil case; complaint for wrongful disallowance of claims; coversheet

3. a. **Party Served:**        Federal Deposit Insurance Corporation As Receiver of Westsound Bank
   b. **Person Served:**       Sam L. Williams - Paralegal Specialist Legal Division
4. **Address Where the**       40 Pacifica, Suite 1000
   **party was served:**       Irvine, CA 92618
5. **I served the party named in item 3a by**
   **leaving copies with or in the presence of:**   Sam L. Williams - Paralegal Specialist Legal Division
                                              **on:** Tuesday, November 10, 2009
                                              **At:** 2:25pm
   a. Personal service. By personally delivering documents to the person served. (CCP 415.10)

**Date of mailing:**                     From (city)

6.

7. **Person who served papers**
   Mike Barker                  Recoverable Cost Per CCP 1033.5 (a) (4) (B)    $50.00
   The Process Server              d. Registered California process server
   5901 Warner Ave. Suite 22       (2) Registration No.:   PSC 1447
   Huntington Beach, CA 92649      (3) County:   Orange
   (714) 328-0193

8. **I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct**

**Date:** Wednesday, November 11, 2009
Form Adopted for Mandatory Use
Judicial Council of California                                    _____
POS-010 [Rev. January 1, 2007]                                         **Signature**

**PROOF OF SERVICE**

# ACKNOWLEDGMENT

State of California
County of _Orange_ )

On _November 17th 2009_ before me, _Julia Simmons, Notary_
(insert name and title of the officer)

personally appeared _Mike Barker_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_    (Seal)

JULIA SIMMONS
Commission # 1626546
Notary Public - California
Orange County
My Comm. Expires Dec 7, 2009